IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEROME M. TOBIAS                                              PLAINTIFF

    v.                     No. 06-2161

PAUL SMITH, Detective, Fort
Smith Police Department;
JAMES MARSCHEWSKI, Judge,
Sebastian County Circuit Court;
and STEPHEN TABOR, Prosecuting
Attorney, Sebastian County, Arkansas                          DEFENDANTS

## ORDER

Now on this 25th day of October 2006, there comes on for consideration the report and recommendation filed herein on September 26, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). No objections to the report and recommendation were filed, however, Plaintiff filed a supplement to the addendum to his complaint on September 26, 2006 (Doc. 8) which the Court has considered.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's complaint is dismissed on the grounds that Plaintiff's claims are frivolous, asserted against individuals immune from suit, or are not cognizable under § 1983. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time.)

IT IS SO ORDERED.

<pre>                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge</pre>

AO72A
(Rev. 8/82)